### ENGLISH *versus* SPRAGUE.

An action, originating in a justice's court, cannot be brought to this court, by appeal from a judgment of the District Court, on a demurrer in law, or upon an agreed statement of facts.

The remedy is by exceptions.

ASSUMPSIT commenced before a justice of the peace, and brought to this court by an appeal from a judgment, rendered by the District Court upon an agreed statement of facts.

SHEPLEY, C. J. — The case is irregularly here. It should have come up by exceptions. In a suit originating in a justice's court, where the question is upon a demurrer in law, or upon facts agreed, the statute gives no appeal to this court.

Consent of the parties cannot confer jurisdiction.

*Action dismissed.*